

# STEWART | SMITH

Joseph F. Bermudez, Esq.
Catherine T. Begley, Esq.
1177 Ave. of the Americas, 5th Floor | New York, NY 10036
Main: (332) 255-8500 | Fax (484) 534 - 9470
Direct (303) 547-2822
jbermudez@StewartSmithLaw.com
cbegley@StewartSmithLaw.com

February 19, 2020

**VIA ELECTRONIC FILING**
The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE 2/28/202_]*

**Re:** ***Great American E&S Insurance Company v. BrandStorm, Inc.***
**U.S.D.C. for the Southern District of New York**
**Civil Action No. 1:20-cv-0047-DLC**

Dear Judge Cote:

   We represent Plaintiff, Great American E&S Insurance Company ("Great American"), in the above-referenced declaratory judgment action. Great American and Defendant, BrandStorm, Inc. ("BrandStorm") are actively participating in settlement negotiations with other involved parties. Currently, the parties are seeking a date in late March 2020 in which to hold a formal mediation. With this letter, Great American and BrandStorm jointly and respectfully request a continuance of the March 6, 2020 initial pretrial conference, pending continuing settlement negotiations, which may result in a discontinuance of this action.

   Please feel free to contact me with any questions. Thank you for your time and consideration of this matter.

*[handwritten: The conference is adjourned to 3/27 at 2 00 pm. Denise Cote 2/28/20]*

Very truly yours,

**STEWART | SMITH**

Joseph F. Bermudez

JFB/CTB/crr