```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv0047 (DLC)
GREAT AMERICAN E&S INSURANCE COMPANY,    :
                     Plaintiff,          :    ORDER
            -v-                          :
                                         :
BRANDSTORM, INC.,                        :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on January 3, 2020. On February 3, an initial conference was set for March 6. On February 28, the Court granted a request to adjourn the conference until March 27 at 2:00 p.m. Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for March 27 at 3:00 p.m. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:  888-363-4749
    Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated: New York, New York
    March 20, 2020

            _____
            DENISE COTE
          United States District Judge