UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :          20cv0047 (DLC)
GREAT AMERICAN E&S INSURANCE COMPANY,    :
                        Plaintiff,       :              ORDER
              -v-                        :
                                        :
BRANDSTORM, INC.,                        :
                        Defendant.       :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

     On February 3, an initial conference was set for March 6.

On February 28, the Court granted a request to adjourn the

conference until March 27 at 2:00 p.m.  On March 20, 2020, the

plaintiff requested that the March 27 Conference be adjourned.

Accordingly, it is hereby

     ORDERED that the March 27 Conference is adjourned.

     IT IS FURTHER ORDERED that a telephone conference is

scheduled for April 17 at 3:00 p.m.  The parties shall use the

following dial-in credentials for the telephone conference:

              Dial-in:      888-363-4749
              Access code:  4324948

     IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

     IT IS FURTHER ORDERED that the plaintiff shall promptly

serve the defendant

SO ORDERED:

Dated:    New York, New York
          March 23, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge